### MUSTAVOI v. ST. JOHN THE BAPTIST FOUNDATION.

(Supreme Court, Appellate Term, First Department. May 4, 1916.)

Appeal from Municipal Court, Borough of Manhattan, First District.
Action by Henry Mustavoi against the St. John the Baptist Foundation. From a judgment dismissing the complaint at the end of plaintiff's case, plaintiff appeals. Judgment reversed, and new trial ordered.
Argued April term, 1916, before GUY, COHALAN, and WHITAKER, JJ.

Herman Turkel, of New York City, for appellant.
Amos H. Stephens, of New York City, for respondent.

COHALAN, J. Judgment dismissing the complaint at the end of plaintiff's case is reversed, and a new trial ordered, with $30 costs in one action to the appellant to abide the event, on the ground that plaintiff's freedom from contributory negligence was a question of fact for the jury to determine. All concur.